Thomas J. HOWARD, Libelant-Appellant, v. Jacob H. HALSTEAD and Thomas H Story, composing the firm of W. H. Story & Co., and George T. Renke, Respondents-Appellees. (Circuit Court of Appeals, Second Circuit.

(298 F.)

April 21, 1924.) No. 247. Appeal from the District Court of the United States for the Southern District of New York. Leo J. Curren, of New York City, for appellant. Bigham, Englar & Jones, of New York City (Vine H. Smith, of New York City, of counsel), for appellees W. H. Story & Co. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree (296 Fed. 782) affirmed.